UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| L. SCOTT TRAINUM, as Sellers' Representative,<br><br>                               Plaintiff,<br><br>-against-<br><br>ROCKWELL COLLINS, INC.,<br><br>                               Defendant. | Case No.: 1:16-cv-07005 (JSR) |
| ROCKWELL COLLINS, INC.,<br><br>                               Counter-Plaintiff,<br><br>-against-<br><br>L. SCOTT TRAINUM, as Sellers' Representative,<br><br>                               Counterclaim-Defendant<br><br>-and-<br><br>ANN C. BREWER,<br>BRADLEY SMITH AND<br>BRYAN S. TRAINUM,<br><br>                               Third-Party Defendants. | **NOTICE OF**<br>**SATISFACTION OF JUDGMENT**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 5/2/19 |

WHEREAS, a Judgment was entered (ECF 173 and ECF 182) in the above-action on the 27th day of February 2018 (1) in favor of Rockwell Collins, Inc. and against Scott Trainum, as Sellers' Representative, in the amount of $5,000,000, with $4,000,000 thereof to be paid to Rockwell Collins, Inc. out of an amount held in escrow, and (2) in favor of Bryan Trainum against Rockwell Collins, Inc. in the amount of $75,193.35, plus interest, with no costs assessed against any party, and

WHEREAS, an Amended Judgment was entered (ECF 176) on the 12th day of March 2018 settling the pre-judgment interest due to Bryan Trainum by Rockwell Collins, Inc. at $6,279.16, for a total award to Bryan Trainum of $81,472.51; and

WHEREAS, said Judgment and Amended Judgment with interest having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall.

THEREFORE, full and complete satisfaction of said Judgment and Amended Judgment is hereby acknowledged by counsel for the parties, and pursuant to Local Court Rule 54.3, the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said Judgment and Amended Judgment.

Dated: New York, New York
April 26, 2019

NORTON ROSE FULBRIGHT US LLP

By: _____
Thomas J. Hall
Michael Bhargava
Attorneys for Rockwell Collins, Inc.
1301 Avenue of the Americas
New York, New York 10019-6022
(212) 408-5100
thomas.hall@nortonrosefulbright.com

McGUIREWOODS LLP

By: _____
Michael L. Simes
Aaron F. Jaroff
Attorneys for Scott Trainum, as Seller's
Representative, and Bryan Trainum
1251 Avenue of the Americas
New York, New York 10020
(212) 542-2100

SO ORDERED:

_____
U.S.D.J.
5/2/19